Mary Jo O'Neill, AZ Bar #005924
James P. Driscoll-MacEachron, AZ Bar #027828
Michael Baskind, AZ Bar #030810
**Equal Employment Opportunity**
**Commission, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, AZ 85012
Telephone: (602) 640-5003
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
        james.driscoll-maceachron@eeoc.gov
        michael.baskind@eeoc.gov

Attorneys for Plaintiff

Mark W. Robertson (N.Y. S.B. # 4508248)
Kelly Wood (C.A. S.B. # 267518)
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 430-6000
Fax: (213) 430-6407
Email:  mrobertson@omm.com
        kwood@omm.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 2:17-cv-04059-SPL |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| vs. | |
| AMERICAN AIRLINES, INC. and ENVOY AIR INC., | |
| Defendants | |

Plaintiff Equal Employment Opportunity Commission and Defendants American

Airlines, Inc. and Envoy Air Inc., by and through undersigned counsel, jointly move this

-1-

Court to enter and approve the Consent Decree that has been lodged on this date. The parties stipulate that this Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy.


        RESPECTFULLY SUBMITTED:

*/s/ Michael Baskind*                          */s/ Mark W. Robertson*
MICHAEL BASKIND                        O'MELVENY & MYERS LLP
Trial Attorney                                  MARK W. ROBERTSON
                                                KELLY WOOD
MARY JO O'NEILL
Regional Attorney                          Times Square Tower
                                                7 Times Square
JAMES P. DRISCOLL-MACEACHRON       New York, New York 10036
Supervisory Trial Attorney
                                                Attorneys for Defendants
EQUAL EMPLOYMENT                   American Airlines, Inc. and
OPPORTUNITY COMMISSION          Envoy Air Inc.
Phoenix District Office
3300 N. Central Ave., Ste. 690
Phoenix, AZ 85012

Attorneys for Plaintiff