IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV-17-04059-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| American Airlines Inc., et al., | |
| Defendants. | |

Before the Court is the parties' Motion for Approval of Consent Decree. (Doc. 4.) "A consent decree is essentially a settlement agreement subject to continued judicial policing." *United States v. State of Oregon,* 913 F.2d 576, 580 (9th. Cir. 1990) (internal quotation marks omitted). *See also Conservation Northwest v. Sherman*, 715 F.3d 1181 (9th Cir. 2013) ("A consent decree is a hybrid; it is both a settlement and an injunction."). It therefore follows that "[b]efore approving a consent decree, a district court must be satisfied that it is at least fundamentally fair, adequate and reasonable." *Oregon,* 913 F.2d at 580; *see also Turtle Island Restoration Network v. U.S. Dept. of Commerce*, 672 F.3d 1160, 1165 (9th Cir. 2012) ("A district court may approve a consent decree when the decree is 'fair, reasonable and equitable and does not violate the law or public policy.'") (quoting *Sierra Club, Inc. v. Elec. Controls Design, Inc*., 909 F.2d 1350, 1355 (9th Cir. 1990)). The consent decree "need not impose all the obligations authorized by law," *Oregon,* 913 F.2d at 580, but "must spring from, and serve to resolve, a dispute

within the court's subject-matter jurisdiction; must come within the general scope of the case made by the pleadings; and must further the objectives of the law upon which the complaint was based," *Frew ex rel. Frew v. Hawkins*, 540 U.S. 431, 437 (2004).

Finding there is insufficient information upon which the Court can determine whether the decree should be approved, the parties will be directed to supplement their motion and address why the agreement represents a fair, adequate and reasonable resolution of the claims in the Complaint (Doc. 1). Accordingly,

**IT IS ORDERED** that the parties shall have until **November 14, 2017** to file a supplemental memorandum in accordance with this Order in support of the Motion for Approval of Consent Decree (Doc. 4).

Dated this 8th day of November, 2017.

Honorable Steven P. Logan
United States District Judge